IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CELESTIA DAWN GING, | Plaintiff, |
| vs. | Case No. 11-CV-2663-WEB-KGG |
| COLLECTION TECHNOLOGY, INC., | Defendant. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Celestia Dawn Ging, and the defendant, Collection Technology, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised, with prejudice, each side to bear its own costs and attorney's fees.

Respectfully submitted,

Dated: January 20, 2012

s/ J. Mark Meinhardt
J. Mark Meinhardt                                #20245
Attorney at Law
4707 College Blvd., Suite 100
Leawood, KS 66211
(913) 451-9797 / Fax: (913) 451-6163
E-mail: meinhardtlaw@sbcglobal.net
**Attorney for Plaintiff**

Dated: January 20, 2012

s/James P. Nordstrom
James P. Nordstrom                               #06929
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P. O. Box 949
Topeka, KS 66601-0949
Phone: (785) 232-7761 / Fax: (785) 232-6604
E-mail: jnordstrom@fisherpatterson.com
**Attorney for Defendant**